MINUTE ENTRY
AFRICK, J.
June 23, 2016
JS-10 00:05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OSCAR VELIZ ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 15-6339** |
| **RIMAX CONTRACTORS, INC. ET AL.** | **SECTION I** |

### ORDER

On this date the parties participated in a telephone conference with Court personnel, during which they confirmed that all of the parties to this action have firmly agreed upon a compromise. However, the parties are in the process of finalizing the settlement documents. Considering that the Court "must approve any settlement reached by the parties which resolves the claims in this action brought under [29 U.S.C. § 216(b)],"[1]

**IT IS ORDERED** that the above-captioned matter is hereby **STAYED** and **ADMINISTRATIVELY CLOSED**. On or before **July 14, 2016**, the parties shall file a written motion for approval of settlement and/or a motion for dismissal which will be considered by the Court.

New Orleans, Louisiana, June 23, 2016.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] *Collins v. Sanderson Farms, Inc.*, 568 F. Supp. 2d 714, 717 (E.D. La. 2008).