IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OSCAR VELIZ and JOSE MEJIA<br>On behalf of themselves and other<br>Persons similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>RIMAX CONTRACTORS, Inc.<br>And RICARDO ARBELAEZ<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO.: 15-06339<br><br>JUDGE: Lance M. Africk<br><br>MAG. JUDGE: Sally Shushan |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE OF CLAIMS UNDER SEAL

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Oscar Veliz ("Veliz") and Jose Mejia ("Mejia") (collectively, "Plaintiffs"), along with Defendant, Rimax Contractors, Inc. ("Rimax" or "Defendant"), and file this Joint Motion to File Confidential Settlement Agreement and Release of Claims Under Seal.

This is a suit for overtime wages under the Fair Labor Standards Act ("FLSA"). The parties have reached a settlement of Plaintiffs' claims, the terms of which have been memorialized in the Confidential Settlement Agreement and Release of Claims ("Settlement Agreement") delivered to chambers today in a sealed envelope entitled "*Veliz, et al. v. Rimax Contractors, Inc., et al.* – Civil Action No. 15-6339 – Sealed Exhibit A." The parties seek the Court's permission to file the Agreement under seal. The purpose of doing so is to maintain the

confidentiality of the agreement and to protect the parties' privacy with respect to their settlement negotiations and the resulting terms of compromise.

As required by the Fair Labor Standards Act, the parties intend to file a Joint Motion for Order Approving Confidential Settlement Agreement and Entry of Final Judgment Dismissing Lawsuit with Prejudice. Upon administrative closure of this case, the parties respectfully request that the Settlement Agreement be returned to undersigned counsel for Rimax.

For the foregoing reasons, Plaintiffs and Defendant respectfully request that this Court enter an Order allowing the Settlement Agreement to be filed under seal.

Respectfully submitted,   Respectfully submitted,

/s/   *Michael A. Harowski*
ANTONIO J. RODRIGUEZ (#11375)
MICHAEL A. HAROWSKI (#30543)
SUSAN G. KELLER-GARCIA (#30574)
Fowler Rodriguez
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone:   (504) 523-2600
Facsimile:   (504) 523-2705
*Attorneys for Defendant, Rimax Contractors, Inc.*

/s/   *William H. Beaumont*
ROBERTO LUIS COSTALES (#33696)
WILLIAM H. BEAUMONT (#33005)
EMILY A. WESTERMEIER (#36294)
3801 Canal Street, Suite 207
New Orleans, Louisiana 70119
Telephone:   (504) 534-5005
costaleslawoffice@gmail.com
whbeaumont@gmail.com
emily.coastaleslawoffice@gmail.com
*Attorneys for Plaintiffs, Oscar Veliz and Jose Mejia*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading on all counsel of record by hand delivery, by facsimile, by depositing same in the U.S. mail, postage prepaid and properly addressed, or through this Court's CM/ECF electronic filing system this ___ day of June, 2016.

/s/     *Michael A. Harowski*