IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OSCAR VELIZ and JOSE MEJIA <br> On behalf of themselves and other <br> Persons similarly situated <br><br> Plaintiffs, <br><br> v. <br><br> RIMAX CONTRACTORS, Inc. <br> And RICARDO ARBELAEZ <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 15-06339 <br><br> JUDGE: Lance M. Africk <br><br> MAG. JUDGE: Sally Shushan |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs, Oscar Veliz and Jose Mejia, along with Defendant, Rimax Contractors, Inc., have filed a Joint Motion to File Confidential Settlement Agreement and Release of Claims Under Seal. Having considered the motion,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and the Confidential Settlement Agreement and Release of Claims shall be filed under seal.

**IT IS FURTHER ORDERED** that the Confidential Settlement Agreement and Release of Claims remain sealed until this action is administratively closed, at which time it is to be promptly returned to counsel of record for Rimax Contractors, Inc.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
JUDGE LANCE M. AFRICK