UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**OSCAR VELIZ ET AL.**                                                                          **CIVIL ACTION**

**VERSUS**                                                                                              **No. 15-6339**

**RIMAX CONTRACTORS, INC. ET AL.**                                                **SECTION I**

# ORDER

Before the Court is a joint motion[1] to approve the confidential settlement agreement and release of claims reached between the parties. Because plaintiffs filed this lawsuit pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA"), the Court must approve the settlement before it becomes effective. *Kervin v. Supreme Serv. & Specialty Co., Inc.*, No. CV 15-1172, 2016 WL 3365367, at *1 (E.D. La. June 17, 2016). "When deciding whether to approve a proposed settlement, the Court must assess whether the proposed settlement is both (1) the product of a bona fide dispute over the FLSA's provisions and (2) fair and reasonable." *Id.*

Having reviewed the settlement agreement, including the amounts due to the individual plaintiffs as well as the amount of attorneys' fees, the Court concludes that the settlement is the product of a bona fide dispute and is fair and reasonable. Accordingly,

**IT IS ORDERED** that the settlement set forth and contained in the joint motion to approve the settlement is **APPROVED** and that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, July 22, 2016.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 37.